# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00244-GCM

| | |
|---|---|
| STEPHANIE JOHNSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHARLOTTE-MECKLENBURG ) | |
| SCHOOLS BOARD OF EDUCATION , ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Department of Public Instruction's Motion to File Under Seal (Doc. No. 10) filed August 13, 2019.

When a motion is made to seal judicial records, the Court must (1) give the public notice and a reasonable opportunity to challenge the request to seal; (2) "consider less drastic alternatives to sealing;" and (3) if it decides to seal, make specific findings and state the reasons for its decision to seal rather than choosing other alternatives. *Virginia Dep't of State Police v. Washington Post*, 386 F.3d 567, 576 (4th Cir. 2004). In accordance with the law of this Circuit as well as the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The public has been provided with adequate notice and an opportunity to object to the motion. The Department of Public Instruction filed its motion on August 13, 2019 and it has been accessible to the public through the Court's electronic case filing system since that time. The Court determines that no less restrictive means other than sealing is sufficient because a public filing of such materials would reveal confidential medical information regarding a minor. The Court concludes that the sealing of the document is narrowly tailored to serve the interest of protecting the confidential information.

1

IT IS THEREFORE ORDERED that the Motion to Seal is hereby **GRANTED**, and the following documents and materials shall be filed under seal until further Order of this Court: the administrative record in the case captioned *Stephanie Johnson, individually and on behalf of A.J., a child with a disability v. Charlotte Mecklenburg Schools Board of Education;* (OAH File Number: 18-EDC-05304).

**SO ORDERED**.

Signed: August 21, 2019

Graham C. Mullen
United States District Judge