UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-244-MOC-DSC

| STEPHANIE JOHNSON, individually | ) | |
| and on behalf of A.J., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLOTTE-MECKLENBURG | ) | **ORDER** |
| SCHOOLS BOARD OF EDUC., | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-257-MOC-DCK

| STEPHANIE JOHNSON, individually | ) | |
| and on behalf of T.S., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLOTTE-MECKLENBURG | ) | **ORDER** |
| SCHOOLS BOARD OF EDUC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on its own motion. The parties shall, within twenty days of this Order, submit to the Court materials stating why the above two cases should not be

1

consolidated before this Court under Rule 42 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Signed: December 12, 2019

Max O. Cogburn Jr.
United States District Judge